# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

Stephen J. Markman,
Chief Justice

152934(56)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 152934
                                         COA: 321806

ERIC LAMONTEE BECK,
        Defendant-Appellant.

Saginaw CC: 13-039031-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to substitute retained attorneys Philip L. Ellison and Matthew E. Gronda as co-counsel of record in place of appointed attorney Michael B. Skinner is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018



Clerk